UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| v. | : | Crim. No. 19-134-5 (FLW) |
| BRIAN PHELPS | : | **BAIL REVOCATION & DETENTION ORDER** |

This matter having been opened to the Court on the June 24, 2022 Petition for Action of United States Pretrial Services and the motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (J. Brendan Day and Alexander E. Ramey, Assistant United States Attorneys, appearing) for an order, pursuant to Title 18, United States Code, Section 3148, to revoke the pre-sentence release and detain the defendant in the above-captioned matter; and the defendant, Brian Phelps (through counsel Aidan P. O'Connor, Esq.) having opposed revocation and sought a continuation of the conditions of his release; the parties having appeared before the Court for a hearing on even date via videoconference; the Court having considered the parties' proffers of evidence and the arguments of counsel; for the reasons stated on the record and for good cause shown,

THE COURT FINDS:

1. That there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release, namely the offense charged in the Petition for Action;

1

2. Considering the factors set forth in Section 3142(g), the presumption that no condition or combination of conditions will assure that the defendant will not pose a danger to the safety of any other person or to the community has not been rebutted in this case; and
3. The defendant is unlikely to abide by any condition or combination of conditions while on release.

IT IS, therefore, on this 27th day of June, 2022,

ORDERED, pursuant to Title 18, United States Code, Section 3148, that the pre-sentence release of the defendant, Brian Phelps, is REVOKED and that the defendant be detained and committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings, including any further pre-sentence release or detention proceedings under Section 3143(a).

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE