DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    *
                                            *
        v.                                  *                    19-cr-134-05-GC
                                            *
BRIAN PHELPS                                *
                                            *
                                         *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

        [ ]    The Defendant (or the Juvenile) is detained at a facility lacking video

        teleconferencing capability.

        [ ]    Other:

Date: 6/15/2023                             _____
                                            Douglas E. Arpert, USMJ